

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00331-CV

**FW SERVICES INC.** d/b/a Pacesetter Personnel Services,
Appellant

v.

Seth **MCDONALD**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-14224
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying the appellant's motion to compel is REVERSED, and judgment is RENDERED granting the motion to compel. The cause is REMANDED to the trial court for further proceedings consistent with this court's opinion, including the granting of an appropriate stay.

SIGNED January 29, 2020.

_____
Luz Elena D. Chapa, Justice